## The People at the relation of Thompson *vs*. The Judges of the Court of Common Pleas for West-Chester.

AT a previous term, *Woods* had moved for and obtained a rule to ſtay proceedings on a writ of error in this court, until the common pleas in Weſt-Cheſter could be moved for leave to file a plaint *nunc pro tunc*, the want of which had been the error aſſigned here. Application had been made to that court for ſuch purpoſe, and was refuſed by them, on which *Woods* obtained the rule here to ſhew cauſe why a *mandamus* ſhould not iſſue to compel them to allow ſuch application; and now

*Munro* ſhewed cauſe.

He infifted that the court below had always a difcretion in cafes of this kind, and that in the prefent inftance, having confidered the judgment before them as unjuft, had refufed the application on that ground, and that therefore it was not a proper cafe to grant a *mandamus.*

*Per Curiam.* The court below have indeed a difcretion, but it is a legal and not an arbitrary one. We always allow a bill to be filed *nunc pro tunc* when error is brought and that affigned for caufe.